TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-01-00185-CR

Charles D. Mann, Appellant

v.

The State of Texas, Appellee

FROM THE DISTRICT COURT OF BELL COUNTY, 27TH JUDICIAL DISTRICT

NO. 51,614, HONORABLE C. W. DUNCAN, JR., JUDGE PRESIDING

PER CURIAM

 Appellant's motion to dismiss this appeal is granted. See Tex. R. App. P. 42.2(a). 
The appeal is dismissed.

Before Justices Kidd, B. A. Smith and Puryear

Dismissed on Appellant's Motion

Filed: May 31, 2001

Do Not Publish